Case 1:19-cr-00597   Document 1   Filed on 06/06/19 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
FILED

JUN - 6 2019

David J. Bradley, Clerk of Court

AO 91 (Rev. 02/09) Criminal Complaint

Felony

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States of America
v.
Mario RAMIREZ-Rios

*Defendant*

Case No. B-19-MJ-637

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date of  June 5, 2019  in the county of  Cameron  in the  Southern  District of  Texas , the defendant violated  18  U. S. C. §  554 & 371
an offense described as follows:

Knowingly conspired to export or send from the United States, or attempts to export or send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, or receives, conceals, buys, sells, or in any manner facilitates the transportation, concealment, or sale or such merchandise, article or object, prior to exportation, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit:  3,280 rounds of 7.62X39mm and 200 rounds of 9mm ammunition.

This criminal complaint is based on these facts:

On June 5, 2019, Homeland Security Investigations Special Agents received information of a suspicious ammunition purchase at an FFL store in Pharr, TX. HSI special agents responded and observed an individual later identified as Mario RAMIREZ-Rios leaving the FFL. HSI conducted surveillance and followed RAMIREZ to his residence in Brownsville, TX. HSI continued surveillance and RAMIREZ was observed leaving the residence and driving towards the Brownsville and Matamoros Port of Entry (B&M POE). The information was referred to Customs and Border Protection Officers (CBPOs). CBPOs at the B&M POE, encountered RAMIREZ attempting to depart the United States driving a Honda Odyssey. CBPOs conducted an outbound inspection, and RAMIREZ gave a negative declaration for money, ammunition, and firearms. A secondary inspection of his vehicle revealed 3280 rounds of 7.62X39mm ammunition and 200 rounds of 9mm ammunition concealed in a factory compartment on the floor of the vehicle for a total of 3,480 rounds.

☐ Continued on the attached sheet

*Complainant's signature*

Francisco Javier Mata, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  06/06/2019

*Judge's signature*

City and state:  Brownsville, Texas

Ronald G. Morgan, U.S. Magistrate
*Printed name and title*